PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Sanchez                                      Cr.: 02-111-01

Name of Judicial Officer: John C. Lifland

Date of Original Sentence: 06/03/03

Original Offense: Importation of Heroin

Original Sentence: Imprisonment 60 months, Supervised Release 4 years, Special Conditions: drug testing and treatment

Type of Supervision: Supervised Release                    Date Supervision Commenced: 08/23/06

Assistant U.S. Attorney: Samuel Koren                    Defense Attorney: Jack Venturi (CJA)

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>The offender was arrested in Cliffside Park, New Jersey, on December 16, 2006, and charged with disorderly conduct.  On January 18, 2007, he appeared in Municipal Court, was convicted of loitering, and fined $380. |
| 2 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>The offender was again arrested on September 23, 2007, in Guttenberg, New Jersey and charged with two counts of criminal mischief and one count of resisting arrest.  He is pending prosecution on these charges. |
| 3 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'<br><br>The offender has also failed to submit monthly supervision reports since March 2007. |

4     The offender has violated the supervision condition which states ' **You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

The offender has not obtained gainful employment since July 2007.

5     The offender has violated the supervision condition which states ' **You shall notify the probation officer within 72 hours of any change of residence or employment.**'

On August 29, 2007, the probation officer visited the offender's place of employment and learned that the offender had been terminated in July 2007. The offender never reported this information to the probation office. Throughout his term of supervision, the offender also failed to keep the probation office notified of his change of residences.

6     The offender has violated the supervision condition which states **'You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

The offender tested positive for cocaine on October 11, 2006.

7     The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

The offender failed to report to random drug testing on multiple occasions.

PROB 12C - Page 3
Anthony Sanchez

I declare under penalty of perjury that the foregoing is true and correct.

By: _Cayetano R. Castellano_
U.S. Probation Officer
Date:  10/30/07

THE COURT ORDERS:

[X] The Issuance of a Summons.  Date of Hearing:
[  ] The Issuance of a Warrant
[  ] No Action
[  ] Other

_____
Signature of Judicial Officer

_____ 11-14-07 _____
Date